**Electronically Filed
Supreme Court
SCWC-17-0000667
23-MAR-2021
07:48 AM
Dkt. 15 ODAC**

SCWC-17-0000667

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

JOHN Y. SUZUKI AND LOLA L. SUZUKI,
Petitioners/Plaintiffs-Appellants,

vs.

JOHN MOWRY dba TOWN & COUNTRY BUILDERS, LLC,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000667; CIV. NO. 1RC17-1-3158)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioners/Plaintiffs-Appellants' Application for

Writ of Certiorari, deemed filed on January 29, 2021, is hereby

rejected.

DATED: Honolulu, Hawai‘i, March 23, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

